UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEANDRA WILKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO: 1:15-cv-01130-JMS-DKL ) |
| CLINICAL DRUG INFORMATION, LLC, | ) ) ) |
| Defendant. | ) ) |

> Dismissal with prejudice acknowledged.  JMS, DJ 6-20-16
> Distribution via ECF.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Deandra Wilkins and Defendant Clinical Drug Information, LLC, by counsel, stipulate and agree to dismiss this matter with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

 s/ Andrew G. Jones
Andrew G. Jones
LAW OFFICE OF ANDREW G. JONES
ajones@andrewgjoneslaw.com

 s/ Libby Y. Goodknight
Libby Y. Goodknight
KRIEG DeVAULT LLP
lgoodknight@kdlegal.com

Michael L. Sullivan
Amanda G. Penabad
Goldberg Kohn Ltd.
Michael.Sullivan@goldbergkohn.com
Amanda.Penabad@goldbergkohn.com